1  GLENN L. BRIGGS (SB# 174497)
   Email: gbriggs@hbwllp.com
2  THERESA A. KADING (SB# 211469)
   Email: tkading@hbwllp.com
3  HODEL BRIGGS WINTER LLP
   8105 Irvine Center Drive, Suite 1400
4  Irvine, CA 92618
   Telephone: (949) 450-8040
5  Facsimile: (949) 450-8033

6  Attorneys for Defendant
   THRIFTY PAYLESS, INC. dba "Rite Aid" (erroneously sued
7  herein as "Rite Aid Corporation")

8

9                    UNITED STATES DISTRICT COURT FOR THE

10                   SOUTHERN DISTRICT OF CALIFORNIA

11  PATRICIA QUIROZ, an individual,        '08 CV 0367 BTM WMc

12              Plaintiff,                 CASE NO. _____

13        vs.                              (San Diego County Superior Court
                                           Case No. 37-2008-00050640-CU-WT-NC)
14  RITE AID CORPORATION, an
    unknown entity and DOES 1 through      **NOTICE OF PARTY WITH**
15  50, inclusive,                         **FINANCIAL INTEREST**

16              Defendants.                **(Local Civil Rule 40.2)**

17

18

19

20

21

22

23

24

25

26

27

28

29098_1

FILED

08 FEB 27 AM 10: 24

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ CP _____ DEPUTY

1    TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF

2   RECORD:

3

4        The undersigned, counsel of record for Defendant Thrifty Payless, Inc. dba "Rite

5   Aid" (erroneously sued herein as "Rite Aid Corporation") (hereinafter, "Defendant"),

6   hereby identifies the following parent corporations and/or publicly held companies that

7   own 10% or more of Defendant's stock.

8

9        1. Rite Aid Corporation – parent corporation of Thrifty Payless, Inc.

10

11  DATED: February 26, 2008        GLENN L. BRIGGS
                                     THERESA A. KADING
12                                   HODEL BRIGGS WINTER LLP

13

14                                   By: _Theresa Kading_____

15                                        THERESA A. KADING

16                                   Attorneys for Defendant
                                     THRIFTY PAYLESS, INC. dba "Rite Aid"
17                                   (erroneously sued herein as "Rite Aid Corporation")

18

19

20

21

22

23

24

25

26

27

28

29098_1                              - 2 -

NOTICE OF PARTY WITH FINANCIAL INTEREST