1  GLENN L. BRIGGS (SB# 174497)
   Email: gbriggs@hbwllp.com
2  THERESA A. KADING (SB# 211469)
   Email: tkading@hbwllp.com
3  HODEL BRIGGS WINTER LLP
   8105 Irvine Center Drive, Suite 1400
4  Irvine, CA 92618
   Telephone: (949) 450-8040
5  Facsimile: (949) 450-8033

6  Attorneys for Defendant
   THRIFTY PAYLESS, INC. dba "Rite Aid" (erroneously
7  sued herein as "Rite Aid Corporation")

8

9              UNITED STATES DISTRICT COURT FOR THE

10                SOUTHERN DISTRICT OF CALIFORNIA

11

| 12 | PATRICIA QUIROZ, an individual, | CASE NO. 08 CV 0367 BTM WMc |
|---|---|---|
| 13 | Plaintiff, | PROOF OF SERVICE RE: |
| 14 | vs. | 1. Notice to Adverse Party of Removal of Civil Action to the United States District Court Under 28 U.S.C. Sections 1367(a), 1441(b); |
| 15-16 | RITE AID CORPORATION, an unknown entity and DOES 1 through 50, inclusive, | |
| 17 | Defendants. | 2. Notice to State Court of Removal of Civil Action to the United States District Court under 28 U.S.C. Sections 1367(a), 1441(b); |
| 18-19 | | |
| 20 | | 3. Notice of Party with Financial Interest; and |
| 21 | | 4. Civil Cover Sheet |

22
23
24
25
26
27
28

PROOF OF SERVICE

**PROOF OF SERVICE**

STATE OF CALIFORNIA          )
                             ) ss:
COUNTY OF ORANGE             )

I am employed in the County of Orange, State of California. I am over the age of 18, and not a party to the within action. My business address is Hodel Briggs Winter LLP, 8105 Irvine Center Drive, Suite 1400, Irvine, CA 92618.

On **February 28, 2008**, I served the foregoing document(s) described as: **NOTICE TO ADVERSE PARTY OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT UNDER 28 U.S.C. SECTIONS 1367(a), 1441 (b)** on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

Susan Curran, Esq.
Curran & Curran Law
843 Second Street, Suite A
Encinitas, California 92024
Telephone: (760) 634-1229
Facsimile: (760) 634-0729

[X] **BY MAIL:** I caused such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Irvine, California. I am readily familiar with the practice of Hodel Briggs Winter LLP for collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE:** I caused said document(s) to be transmitted to a facsimile machine maintained by the office of the addressee(s) at the facsimile machine number(s) indicated. Said facsimile number(s) are the most recent numbers appearing on documents filed and served by the addressee(s). I received electronic confirmation from the facsimile machine that said document was successfully transmitted without error. A copy of said electronic confirmation is maintained in this office.

[ ] **BY OVERNIGHT DELIVERY:** I am readily familiar with the practice of Hodel Briggs Winter LLP for the collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by _____ for overnight delivery.

[X] **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ] **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I took said action(s) at the direction of a licensed attorney authorized to practice before this Federal Court.

Executed on **February 28, 2008**, at Irvine, California.

_Jennifer Allen_
Jennifer Allen

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss:
COUNTY OF ORANGE         )

I am employed in the County of Orange, State of California. I am over the age of 18, and not a party to the within action. My business address is Hodel Briggs Winter LLP, 8105 Irvine Center Drive, Suite 1400, Irvine, CA 92618.

On **February 28, 2008**, I served the foregoing document(s) described as: **NOTICE TO STATE COURT OF REMOVAL OF CIVIL ACTION TO THE UNITED STATES DISTRICT COURT UNDER 28 U.S.C. SECTIONS 1367(a), 1441 (b)** on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

Susan Curran, Esq.
Curran & Curran Law
843 Second Street, Suite A
Encinitas, California 92024
Telephone: (760) 634-1229
Facsimile: (760) 634-0729

[X] **BY MAIL:** I caused such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Irvine, California. I am readily familiar with the practice of Hodel Briggs Winter LLP for collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE:** I caused said document(s) to be transmitted to a facsimile machine maintained by the office of the addressee(s) at the facsimile machine number(s) indicated. Said facsimile number(s) are the most recent numbers appearing on documents filed and served by the addressee(s). I received electronic confirmation from the facsimile machine that said document was successfully transmitted without error. A copy of said electronic confirmation is maintained in this office.

[ ] **BY OVERNIGHT DELIVERY:** I am readily familiar with the practice of Hodel Briggs Winter LLP for the collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by _____ for overnight delivery.

[X] **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ] **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I took said action(s) at the direction of a licensed attorney authorized to practice before this Federal Court.

Executed on **February 28, 2008**, at Irvine, California.

*/s/ Jennifer Allen*
Jennifer Allen

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                     ) ss:
COUNTY OF ORANGE      )

I am employed in the County of Orange, State of California. I am over the age of 18, and not a party to the within action. My business address is Hodel Briggs Winter LLP, 8105 Irvine Center Drive, Suite 1400, Irvine, CA 92618.

On **March 3, 2008**, I served the foregoing document(s) described as: **NOTICE OF PARTY WITH FINANCIAL INTEREST** on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

Susan Curran, Esq.
Curran & Curran Law
843 Second Street, Suite A
Encinitas, California 92024
Telephone: (760) 634-1229
Facsimile: (760) 634-0729

[X] **BY MAIL:** I caused such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Irvine, California. I am readily familiar with the practice of Hodel Briggs Winter LLP for collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE:** I caused said document(s) to be transmitted to a facsimile machine maintained by the office of the addressee(s) at the facsimile machine number(s) indicated. Said facsimile number(s) are the most recent numbers appearing on documents filed and served by the addressee(s). I received electronic confirmation from the facsimile machine that said document was successfully transmitted without error. A copy of said electronic confirmation is maintained in this office.

[ ] **BY OVERNIGHT DELIVERY:** I am readily familiar with the practice of Hodel Briggs Winter LLP for the collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by _____ for overnight delivery.

[ ] **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I took said action(s) at the direction of a licensed attorney authorized to practice before this Federal Court.

Executed on **March 3, 2008** at Irvine, California.

_____
Heather Dorris

## PROOF OF SERVICE

STATE OF CALIFORNIA    )
                       ) ss:
COUNTY OF ORANGE       )

I am employed in the County of Orange, State of California. I am over the age of 18, and not a party to the within action. My business address is Hodel Briggs Winter LLP, 8105 Irvine Center Drive, Suite 1400, Irvine, CA 92618.

On **March 3, 2008**, I served the foregoing document(s) described as: **CIVIL COVER SHEET** on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

Susan Curran, Esq.
Curran & Curran Law
843 Second Street, Suite A
Encinitas, California 92024
Telephone: (760) 634-1229
Facsimile: (760) 634-0729

[X] **BY MAIL:** I caused such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Irvine, California. I am readily familiar with the practice of Hodel Briggs Winter LLP for collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY FACSIMILE:** I caused said document(s) to be transmitted to a facsimile machine maintained by the office of the addressee(s) at the facsimile machine number(s) indicated. Said facsimile number(s) are the most recent numbers appearing on documents filed and served by the addressee(s). I received electronic confirmation from the facsimile machine that said document was successfully transmitted without error. A copy of said electronic confirmation is maintained in this office.

[ ] **BY OVERNIGHT DELIVERY:** I am readily familiar with the practice of Hodel Briggs Winter LLP for the collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by _____ for overnight delivery.

[ ] **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X] **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I took said action(s) at the direction of a licensed attorney authorized to practice before this Federal Court.

Executed on **March 3, 2008** at Irvine, California.

_____
Heather Dorris

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss:
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of 18, and not a party to the within action. My business address is Hodel Briggs Winter LLP, 8105 Irvine Center Drive, Suite 1400, Irvine, CA 92618.

On **March 24, 2008**, I served the foregoing document(s) described as: **PROOF OF SERVICE** on the interested parties by placing a true and correct copy thereof in a sealed envelope(s) addressed as follows:

Susan Curran, Esq.
Curran & Curran Law
843 Second Street, Suite A
Encinitas, California  92024
Telephone: (760) 634-1229
Facsimile: (760) 634-0729

☒ **BY MAIL:** I caused such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Irvine, California. I am readily familiar with the practice of Hodel Briggs Winter LLP for collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE:** I caused said document(s) to be transmitted to a facsimile machine maintained by the office of the addressee(s) at the facsimile machine number(s) indicated. Said facsimile number(s) are the most recent numbers appearing on documents filed and served by the addressee(s). I received electronic confirmation from the facsimile machine that said document was successfully transmitted without error. A copy of said electronic confirmation is maintained in this office.

☐ **BY OVERNIGHT DELIVERY:** I am readily familiar with the practice of Hodel Briggs Winter LLP for the collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by _____ for overnight delivery.

☐ **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that I took said action(s) at the direction of a licensed attorney authorized to practice before this Federal Court.

Executed on **March 24, 2008** at Irvine, California.

_____
Michele Pace