UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA QUIROZ, an individual, ) | Case No. 08 cv 367 BTM (WMc) |
| ) | |
| Plaintiff, ) | **ORDER FOLLOWING EARLY** |
| ) | **NEUTRAL EVALUATION** |
| v. ) | **CONFERENCE, SETTING RULE 26** |
| ) | **COMPLIANCE AND NOTICE OF** |
| RITE AID CORPORATION, an unknown ) | **CASE MANAGEMENT CONFERENCE** |
| entity and DOES 1 through 50, inclusive, ) | |
| ) | |
| Defendants. ) | |

On April 11, 2008, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing for Plaintiff was Susan Curran. Appearing for Defendant was Theresa Kading.

Settlement could not be reached in the case at this time.

The Court discussed compliance with Fed. R. Civ. P. 26 and based thereon, issues the following orders:

1. The Rule 26(f) conference shall be completed **before *May 2, 2008***;

2. A discovery plan shall be lodged with Magistrate Judge McCurine, Jr. **on or before *May 12, 2008.*** Regarding each witness, the discovery plan will include the name, most current address, most current phone number, and a brief description of the subject matter of his/her testimony. The discovery plan will also include the anticipated dates for the completion of both non-expert discovery and expert

1   discovery; and,

2   3.   The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before *May 16, 2008*. *As part of the initial disclosure, Plaintiff's counsel is ordered to disclose the name/contact information for her treating physicians. Similarly, Defendant's counsel is ordered to disclose the name/contact information of who Plaintiff's employers were and/or are.*;

3   4.   Counsel are ordered to appear *on May 27, 2008* at *2:00 p.m.* in the chambers of United States Magistrate Judge William McCurine, Jr., 940 Front Street, Courtroom C, San Diego, California, 92101, for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b).

Failure of any counsel to comply with this Order will result in the imposition of sanctions.

**IT IS SO ORDERED:**

DATED: April 11, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

COPY TO:

HONORABLE BARRY T. MOSKOWITZ, U.S. DISTRICT JUDGE

ALL PARTIES AND COUNSEL OF RECORD