FILED
08 MAY 29 AM 11: 53
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA QUIROZ, an individual, | Case No. 08 cv 367 BTM (WMc) |
| Plaintiff, | |
| v. | CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE McCURINE AND FOR JURISDICTION OVER SETTLEMENT |
| RITE AID CORPORATION, an unknown entity and DOES 1 through 50, inclusive, | |
| Defendants. | |

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to the above-captioned case hereby waive their right to proceed before a United States District Judge and consent to have United States Magistrate Judge William McCurine, Jr. conduct any and all further proceedings in the case, including the order for the entry of judgment.

In addition, notwithstanding the dismissal, Judge McCurine shall have continuing jurisdiction to resolve any and all disputes pertaining to the settlement documents as well as

///
///
///
///
///

08cv367 BTM (WMc)

enforcement of and compliance with the settlement agreement. Each party waives any right to appeal from or collaterally attack any ruling by Judge McCurine.

*Patricia Quiroz*

PATRICIA QUIROZ, Plaintiff

*[signature]*

SUSAN CURRAN, Attorney for Plaintiff

*Theresa Kading*

Theresa Kading for Defendant ~~RITE AID CORPORATION~~ THRIFTY PAYLESS, INC.

*Theresa Kading*

THERESA KADING, Attorney for Defendant

Date: 5/27/08

IT IS SO ORDERED:

*[signature]*

HON. BARRY T. MOSKOWITZ, DISTRICT JUDGE
UNITED STATES DISTRICT COURT