GLENN L. BRIGGS (SB# 174497)
THERESA A. KADING (SB# 211469)
HODEL BRIGGS WINTER LLP
8105 Irvine Center Drive, Suite 1400
Irvine, CA 92618
Telephone: (949) 450-8040
Facsimile: (949) 450-8033
E-mail address: tkading@hbwllp.com

Attorneys for Defendant
THRIFTY PAYLESS, INC. DBA "RITE AID"
(ERRONEOUSLY SUED HEREIN AS "RITE AID CORPORATION")

SUSAN CURRAN (SB# 227886)
CURRAN & CURRAN LAW
843 Second Street, Suite A
Encinitas, CA 92024
Telephone: (760) 634-1229
Facsimile: (760) 634-0729

Attorneys for Plaintiff
PATRICIA QUIROZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA QUIROZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION, an unknown entity and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 08 CV 367 BTM (WMc)<br><br>**JOINT MOTION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON** |

30871

1  Plaintiff Patricia Quiroz (hereinafter, "Plaintiff") and Defendant Thrifty Payless, Inc. dba "Rite Aid" (erroneously sued herein as "Rite Aid Corporation") (hereinafter, "Defendant"), through their respective counsel, hereby jointly move to dismiss the above-captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41.

DATED:  June _19, 2008    GLENN L. BRIGGS
                          THERESA A. KADING
                          HODEL BRIGGS WINTER LLP


                          By: s/Theresa A. Kading
                                  THERESA A. KADING

                          Attorneys for Defendant
                          THRIFTY PAYLESS, INC. DBA "RITE AID"
                          (erroneously sued herein as "Rite Aid
                          Corporation")


DATED:  June 10, 2008     SUSAN CURRAN
                          CURRAN & CURRAN LAW


                          By: s/Susan Curran
                                  SUSAN CURRAN

                          Attorneys for Plaintiff
                          PATRICIA QUIROZ

30871                     -2-

**<u>ORDER</u>**

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice.

Dated: _____

_____
WILLIAM MCCURINE
DISTRICT COURT MAGISTRATE JUDGE

30871 -3-