FILED
2008 JUN 23  PM 1:36

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

1  GLENN L. BRIGGS (SB# 174497)
   THERESA A. KADING (SB# 211469)
2  HODEL BRIGGS WINTER LLP
   8105 Irvine Center Drive, Suite 1400
3  Irvine, CA 92618
   Telephone: (949) 450-8040
4  Facsimile: (949) 450-8033
   E-mail address: tkading@hbwllp.com
5
   Attorneys for Defendant
6  THRIFTY PAYLESS, INC. DBA "RITE AID"
   (ERRONEOUSLY SUED HEREIN AS "RITE AID
7  CORPORATION")

8  SUSAN CURRAN (SB# 227886)
   CURRAN & CURRAN LAW
9  843 Second Street, Suite A
   Encinitas, CA 92024
10 Telephone: (760) 634-1229
   Facsimile: (760) 634-0729
11
   Attorneys for Plaintiff
12 PATRICIA QUIROZ

13            UNITED STATES DISTRICT COURT

14            SOUTHERN DISTRICT OF CALIFORNIA

15 | PATRICIA QUIROZ, an individual,   | CASE NO. 08 CV 367 BTM (WMc)
16 |          Plaintiff,               | **JOINT MOTION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON**
17 |    vs.                            |
18 | RITE AID CORPORATION, an          |
   | unknown entity and DOES 1         |
19 | through 50, inclusive,            |
20 |          Defendants.              |

Received in Chambers

JUN 2 0 2008

Hon. William McCurine, Jr.

30871

Plaintiff Patricia Quiroz (hereinafter, "Plaintiff") and Defendant Thrifty Payless, Inc. dba "Rite Aid" (erroneously sued herein as "Rite Aid Corporation") (hereinafter, "Defendant"), through their respective counsel, hereby jointly move to dismiss the above-captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41.

DATED: June _19, 2008            GLENN L. BRIGGS
                                 THERESA A. KADING
                                 HODEL BRIGGS WINTER LLP


                                 By: s/Theresa A. Kading
                                     THERESA A. KADING

                                 Attorneys for Defendant
                                 THRIFTY PAYLESS, INC. DBA "RITE AID"
                                 (erroneously sued herein as "Rite Aid
                                 Corporation")


DATED: June 10, 2008             SUSAN CURRAN
                                 CURRAN & CURRAN LAW


                                 By: s/Susan Curran
                                     SUSAN CURRAN

                                 Attorneys for Plaintiff
                                 PATRICIA QUIROZ

30871                            -2-

**ORDER**

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice.

Dated: 6/23/08

_____
WILLIAM MCCURINE
DISTRICT COURT MAGISTRATE JUDGE